In the Matter of PETER DESALVO, Appellant, against EDWARD J. MURRAY, as Commissioner of Public Works of the City of Yonkers, Respondent.

In the Matter of JOSEPH CHIAVERINI, Appellant, against EDWARD J. MURRAY, as Commissioner of Public Works of the City of Yonkers, Respondent.

(Argued June 1, 1933; decided July 11, 1933.)

*Frank H. Hiscock* and *Harry J. Laragh* for appellants.

*Leonard G. McAneny, Corporation Counsel (J. Raymond Hannon* of counsel), for respondent.

no opinion.

Concur: POUND, Ch. J., LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. CRANE, J., dissents on the ground that there should have been an alternative order of mandamus granted. Not sitting: HUBBS, J.